ACCEPTED
14-14-00822-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 6:07:00 PM
CHRISTOPHER PRINE
CLERK

# IN THE FOURTEENTH COURT OF APPEALS
## HOUSTON, TEXAS

310TH JUDICIAL DISTRICT COURT NO. 2013-66224
APPEAL NO.: 14-14-00822-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 6:07:00 PM
CHRISTOPHER A. PRINE
Clerk

TOKES TOSIN ADLEYE,

Respondent/Appellant

v.

MARGARET MODUPE DRISCAL,

Petitioner/Appellee

ON APPEAL FROM THE 310TH JUDICIAL DISTRICT COURT,
HARRIS COUNTY, TEXAS

APPELLEE'S OPPOSED MOTION FOR EXTENTION OF TIME TO FILE
APPELLEE'S REPLY BRIEF

Respectfully submitted,

THEODORE HAYNES, JR.
Attorney for Petitioner/Appellee
Texas Bar No. 00787665
P.O. Box 300833
Houston, Texas 77230-0833
Telephone: (713) 660-7646
Telecopier: (713) 660-0203
E-mail: thaynesjr@prodigy.net

1

TO THE HONORABLE COURT OF APPEALS:

Pursuant to rules 38.6(d) and 10.5(b) of the Texas Rules of Appellate Procedure, Petitioner/Appellee, MARGARET MODUPE DRISCAL, (hereinafter "Driscal"), files this Motion for Extension of Time to File Appellee's Reply Brief. Driscal respectfully shows:

I.

This is an appeal from an October 9, 2014, granting of a Final Decree of Divorce, signed by the Honorable Judge, of the 310TH Judicial District Court, Harris County, Texas, in Cause No. 2013-66224, in the case styled, *In the Matter of the Marriage of Margaret Modupe Driscal and Tokes Tosin Adeleye.*

II.

Driscal requests a ninety-day extension of time for filing their Appellee's reply brief, thus creating a new due date of AUGUST 7, 2015. This is Driscal's first motion for extension of time to file the Appellants' brief. Because this case has not yet been set for submission, no unnecessary delay will result with the granting of this extension.

## III.

Driscal relies on the following facts to reasonably explain her need for her first extension.

1. Attorney of record for Petitioner/Appellee, THEODORE HAYNES, JR., received the Appellant's Brief of the Merits, on April 6, 2015, and did not have adequate time to prepare a meritorious defense on behalf of Petitioner/Appellee. The Appellant's Brief of the Merits is extremely lengthy and numbers one hundred and three (103) pages. Attorney of Record for Petitioner/Appellee did not have adequate time to use due diligence to locate, gather, organize and evaluate critical evidence.

2. The transcript was not received by the attorney of record for Petitioner/Appellee, THEODORE HAYNES, JR., until APRIL 15, 2015.

3. This motion is for good cause and will not delay or prejudice the Respondent/Appellant.

4. The parties disagree and this motion is opposed.

## RELIEF

Petitioner/Appellee respectfully request that the Honorable Court of Appeals grant a ninety-day extension for the filing of the Appellee's reply brief, thus creating a new due date of AUGUST 7, 2015. Driscal further request all other appropriate relief to which she may be entitled.

Dated MAY 6, 2015.

Respectfully submitted,

THEODORE HAYNES, JR.
Attorney for Petitioner/Appellee
Texas Bar No. 00787665
P.O. Box 300833
Houston, Texas 77230-0833
Telephone: (713) 660-7646
Telecopier: (713) 660-0203
E-mail: thaynesjr@prodigy.net

## CERTIFICATE OF CONFERENCE

I THEODORE HAYNES, JR., Attorney of Record for Petitioner/Appellee, hereby certify that I made a good faith effort to determine if the Appellee's Opposed Motion for Extension of time to File Appellee's Reply Brief could be reconciled and settled in an uncontested proceeding with an agreed order. We have been unable to reach an agreement because Respondent/Appellant Pro Se, Tokes Tosin Adeleye, opposes the motion.

SIGNED this _6TH_ day of _May_, 20 _15_.

Theodore Haynes, Jr.
Attorney for Petitioner/Appellee

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Petitioner/Appellee's Opposed Motion for Extension of Time has been sent by facsimile and certified mail by depositing it enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the care and custody of the United States Postal Service to Mr. Tokes Tosin Adeleye, 7091 Glen Cove Lane, Stone Mountain, Georgia 30087, Respondent/Appellant Pro Se.

SIGNED this _____6TH_____ day of ____May_____, 20 _15_.


_____
Theodore Haynes, Jr.
Attorney for Petitioner/Appellee

5

# VERIFICATION

STATE OF TEXAS  §

COUNTY OF HARRIS  §

BEFORE ME, the undersigned Notary Public, on this day personally appeared THEODORE HAYNES, JR., who being by me duly sworn on his oath deposed and said that he is the Attorney of Record for Petitioner/Appellee in the above-entitled and numbered cause; that he has read the above and foregoing; and that every statement contained therein is within his personal knowledge and true and correct.

_Theodore Haynes_

THEODORE HAYNES, JR.

SUBSCRIBED AND SWORN TO BEFORE ME on the 6th day of MAY ,20 15 , to certify which witness my hand and official seal.

_____
Notary's Signature

TONY GREEN
_____
(Notary's typed or
printed name)

My commission expires: 11-19-16

(seal)

TONY JEROD GREEN
Notary Public, State of Texas
My Commission Expires
November 19, 2016